# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>VAN SICKLE, , FRED | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>7/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. BOX 2209<br>SPOKANE, WA 99201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Washington State Judicial Retirement Systems |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | Washington State Judicial Retirement | $ 51,552 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State of Washington Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wash Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 2. Templeton Foreign Fund | D | Dividend | K | T | | | | | |
| 3. *Idaho Power, Stock | | | | | | | | | |
| 4. Mutual Qualified Fund, IRA | C | Dividend | L | T | part w/d | 12/26 | J | A | |
| 5. Mutual Shares fund, IRA | C | Dividend | K | T | | | | | |
| 6. Windsor Fund, IRA | D | Dividend | L | T | | | | | |
| 7. *Bell South | B | Dividend | | | merger | 1/08 | J | A | AT&T |
| 8. *Midstate Bank Stock | A | Dividend | | | sold | 7/14 | K | E | North Cascades Bankshares |
| 9. AT&T | B | Dividend | K | T | | | | | |
| 10. Qwest | A | Dividend | | | sold | 8/8 | J | A | |
| 11. Exxon/Mobil | A | Dividend | K | T | | | | | |
| 12. Boeing | A | Dividend | L | T | | | | | |
| 13. Franklin Tax Free High Yield | C | Dividend | L | T | | | | | |
| 14. Royal Dutch Petrol | A | Dividend | K | T | | | | | |
| 15. Telephono de Mexico | A | Dividend | K | T | | | | | |
| 16. Bristol Myers | A | Dividend | J | T | | | | | |
| 17. Microsoft | A | Dividend | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   ● =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. St. Jude Med | A | Dividend | K | T | | | | | |
| 19. Wash Trust Savings | A | Interest | J | T | | | | | |
| 20. Hewlett Packart | A | Dividend | L | T | | | | | |
| 21. Eric Tel | A | Dividend | J | T | | | | | |
| 22. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 23. Intel | A | Dividend | K | T | | | | | |
| 24. Cortland Gen MM/ Now RMPI Account | A | Interest | J | T | | | | | |
| 25. Numerica CU | A | Interest | K | T | | | | | |
| 26. Vanguard Tax Exempt MM | A | Interest | | | sold | 11/19 | J | A | |
| 27. America Movil (spinoff from Telephono de Mexico) | C | Dividend | L | T | | | | | |
| 28. Clark County Bond | A | Interest | | | sold | 9/11 | J | A | |
| 29. Pierce County Bond | A | Interest | | | sold | 9/11 | J | A | |
| 30. *City of Spokane CLTD 209 | A | Interest | | | sold | 3/20 | J | A | |
| 31. Wisconsin Health & Ed | A | Interest | | | sold | 9/11 | J | A | |
| 32. Comcast Corp | A | Dividend | J | T | | | | | |
| 33. Harley-Davidson | A | Dividend | J | T | | | | | |
| 34. Idaho Housing Authority | A | Interest | | | sold | 9/11 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Suntrust Bank | A | Dividend | J | T | | | | | |
| 36. Wash Higher Ed | A | Interest | | | sold | 9/11 | K | A | |
| 37. Highland WA Community | A | Interest | | | sold | 9/11 | J | A | |
| 38. Home Depot | A | Dividend | J | T | | | | | |
| 39. Procter & Gamble | A | Dividend | K | T | | | | | |
| 40. U.S. Bank | A | Dividend | K | T | | | | | |
| 41. Spokane School Dist 81 | A | Interest | J | T | | | | | |
| 42. Banner Corp | A | Dividend | K | T | bought | 8/8 | K | | |
| 43. *Kitsap County | A | Interest | | | sold | 9/11 | J | A | |
| 44. North Cascades Bank Shares | A | Dividend | K | T | received | 9/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#3  Idaho Power Stock was mistakenly listed in 2006.  It was sold several years ago for a small amount (well below $15,000).

#7  Bell South merged with AT&T January 8, 2007.

#8  Midstate Bank was acquired by North Cascades Bankshares on July 14, 2007 for cash and North Cascades Bankshares stock.

#30  Some sold in 2006.  The balance sold in 2007.

#43  Kitsap County Bond was not included in the 2006 report by mistake.

| Name of Person Reporting | Date of Report |
|---|---|
| VAN SICKLE, , FRED | 7/10/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544